# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>RENZO MARISCAL-SANABIA,<br><br>        Defendant. | Case No.: 2:19-cr-00251-GMN-NJK<br><br>**Order Granting Motion to Withdraw**<br>(Docket No. 200) |

Pending before the Court is a motion to withdraw as counsel filed by Defendant Renzo Mariscal-Sanabia's appointed attorney, David R. Fischer. Docket No. 200.

Based on Mr. Fischer's representations, the Court **GRANTS** his motion. Docket No. 200. Mr. Fischer is withdrawn as Defendant's attorney. The Court **ORDERS** the immediate appointment of new counsel from the CJA panel to represent Defendant. New counsel is directed to contact Mr. Fischer immediately upon appointment, so that he can arrange for the transfer of his file.

IT IS SO ORDERED.

DATED: March 8, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE