CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada  89101
702-388-6336
702-388-6418 (fax)
Susan.cushman@usdoj.gov
Attorney for the plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00251-GMN-NJK |
| Plaintiff, | **Stipulation to Continue Sentencing** |
| vs. | |
| RENZO MARISCAL-SANABIA, aka "Boxer," | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHIOU, Acting United States Attorney; SUSAN CUSHMAN, Assistant United States Attorney, counsel for the United States of America and JASON MARGOLIS, counsel for defendant, that sentencing in the above-captioned matter currently scheduled for sentencing on Wednesday, May 18, 2022, at 10:00 a.m. be vacated and continued to a date and time convenient to all parties, but no earlier than 30 days.

This Stipulation is entered into for the following reason:

1. Undersigned counsel will be out of the office from May 11-20, 2022.

2. The parties agree to the continuance.

3. The defendant is detained and does not object to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but to allow the parties to adequately prepare for sentencing.

5. This is the first request to continue the sentencing.

DATED this 15th day of April, 2022.

        Respectfully submitted,

        CHRISTOPHER CHIOU
        Acting United States Attorney


        */s/ Susan Cushman*
        SUSAN CUSHMAN
        Assistant United States Attorney


        */s/ Jason Margolis*

        JASON MARGOLIS, ESQ.
        Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No 2:19-cr-00251-GMN-NJK |
| Plaintiff, | **Order to Continue Sentencing** |
| vs. | |
| RENZO MARISCAL-SANABIA, aka "Boxer," | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that sentencing in the above-captioned matter be vacated and continued until  June 28 , 2022 at the hour of 11:00 a.m.

DATED this   18   day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE

3